IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 2 2021

MITCHELL R. ELFERS
CLERK

ANDREW DEAN SNELLING,

    Plaintiff,

vs.

                                  No. CIV 19-0686 JB/GJF

TRIBAL VAPORS,

    Defendants.

## VERDICT FORM

We, the jury in the above-entitled action, for our verdict herein, find the following answer to the following question submitted to us by the Court:

1. What amount of money fairly and adequately compensates Andrew Dean Snelling for damages resulting from the incident on July 29, 2016.

                                        $ 2,500,000.00

Dated this 12 day of October, 2021, at 4:55 o'clock P.m.

_____
Foreperson