IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW DEAN SNELLING,

    Plaintiff,

vs.                                                                 No. CIV 19-0686 JB/GJF

TRIBAL VAPORS; SMOKE FREE
TECHNOLOGIES, INC. d/b/a
VAPORBEAST.COM and SHENZHEN
MXJO TECHNOLOGY CO., LTD.,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Court's Memorandum Opinion and Order, 2021 WL 1227836, filed March 31, 2021 (Doc. 17)("MOO"); and (ii) the Jury Verdict, filed October 13, 2021 (Doc. 51), following a one-day jury trial held October 12, 2021, see Clerk's Minutes, filed October 12, 2021 (Doc. 48).  In the MOO, the Court: (i) dismisses Defendants Smoke Free Technologies, Inc, d/b/a Vaporbeast.com and Shenzhen MXJO Technology Co., Ltd. without prejudice; and (ii) enters default judgment as to Tribal Vapors' liability. See MOO at 108. In the Verdict, the jury found in favor of Plaintiff Andrew Dean Snelling and found Tribal Vapors liable in the amount of $2,500,000.00. See Jury Verdict at 1.  There not being any more parties, claims, or issues before the Court, the Court hereby dismisses this action and enters Final Judgment.

**IT IS ORDERED** that: (i) all claims against Defendants Smoke Free Technologies, Inc, d/b/a Vaporbeast.com and Shenzhen MXJO Technology Co., Ltd. are dismissed without prejudice; (ii) Judgment for Plaintiff Andrew Dean Snelling against Defendant Tribal Vapors in the amount of $2,500,000.00 is entered; (iii) this case is dismissed; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Dennis K. Wallin
Alisa Lauer
The Spence Law Firm NM, LLC
Albuquerque, New Mexico

-- and --

Adam J. Kress
Johnson Becker, PLLC
St. Paul, Minnesota

    *Attorneys for the Plaintiff*